COLUMBUS BAR ASSOCIATION *v.* BAER.

[Cite as *Columbus Bar Assn. v. Baer* (1992), 64 Ohio St.3d 32.]

(No. 91-2502—Submitted April 7, 1992—Decided June 17, 1992.)

34

*David S. Bloomfield, Gus Robbins–Penniman* and *Bruce A. Campbell,* for relator.

*Charles W. Kettlewell* and *Mark H. Aultman,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we order that respondent be suspended from the practice of law in Ohio for a period of six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.

HERBERT R. BROWN, J., dissenting. I believe that a public reprimand is the appropriate sanction.